IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01365-WDM-CBS

MICROSOFT CORPORATION,

    Plaintiff,

v.

MICROCOMP SOLUTION, INC., et al.,

    Defendants.

_____

**ORDER OF RECUSAL**
_____

Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because he has an ownership interest in the plaintiff corporation and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on July 18, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL