IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01365-MSK-CBS

MICROSOFT CORPORATION, a Washington corporation,

   Plaintiff,

v.

MICROCOMP SOLUTION, INC., a Colorado corporation,
CHU H. SON, an individual, and
CHU Y. SON, an individual,

   Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter.

The Clerk shall randomly reassign this case to another judge of this Court.

Dated this 20th day of July, 2006

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

Dockets.Justia.com