IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01365-PSF-CBS

MICROSOFT CORPORATION, a Washington corporation,

     Plaintiff,

v.

MICROCOMP SOLUTION, INC., a Colorado corporation;
CHU H. SON, an individual; and
CHU Y. SON, an individual,

     Defendants.

---

## ORDER GRANTING MOTION FOR JOINDER

---

     Defendants' Unopposed Motion for Leave to File Cross-Claim Adding a Party

(Dkt. # 10) is GRANTED.

     IT IS FURTHER ORDERED that further motions in this matter which are

unaccompanied by a proposed order filed in chambers, either in word perfect

or text format, will be denied without prejudice. The parties are DIRECTED to

D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures

for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements

for submitting proposed orders.

     DATED: August 2, 2006

                                   BY THE COURT:

                                   *s/ Phillip S. Figa*

                                 _____

                                 Phillip S. Figa
                                 United States District Judge

Dockets.Justia.com