IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01365-PSF-CBS

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

MICROCOMP SOLUTION, INC., a Colorado corporation;
CHU H. SON, an individual; and
CHU Y. SON, an individual,

    Defendants.

## ORDER GRANTING MOTION FOR JOINDER

    Defendants' Unopposed Motion for Leave to File Cross-Claim Adding a Party (Dkt. # 10) is GRANTED.

    IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers</u>, either in word perfect or text format, will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

    DATED: August 2, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge