**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 06-cv-01365-PSF-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: October 5, 2006** | **Courtroom Deputy:** Ben Van Dyke |

MICROSOFT CORPORATION,  Jack M. Tanner
a Washington corporation,

    **Plaintiff,**

v.

MICROCOMP SOLUTION, INC.,  Steven C. Janiszewski
a Colorado corporation,
CHU H. SON, an individual, and
CHU Y. SON, an individual,

    **Defendants,**

BRETT WHITING, d/b/a cpunorthwest,  Brian D. Smith, via telephone

    **Cross-Defendant.**

### COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16 SCHEDULING AND PLANNING CONFERENCE**
**Court in session: 10:12 a.m.**
Court calls case. Appearance of counsel.

Parties have held a Rule 26(f) meeting.

Parties will make Rule 26(a) disclosures by **October 13, 2006**.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**
**DEADLINES:**

Discovery Cut-off is: March 9, 2007.

Dispositive Motions deadline is: April 2, 2007.

Parties shall designate affirmative experts **on or before January 19, 2007.**

Parties shall designate rebuttal experts **on or before February 16, 2007.**

Each party or group of parties shall be limited to three (3) expert witnesses, absent leave of court.

No **STATUS CONFERENCE** is set at this time.

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**SETTLEMENT CONFERENCE**   is set : **December 15, 2006 at 9:30 a.m.**
Attorney(s) and Client(s)/Client Representative(s),  including an adjustor if an insurance company is involved,  with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before December 11, 2006** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

The brief  Updated Settlement Statements (15 pages or less)   shall be sent via e-mail in a PDF format to **Shaffer_Chambers@cod.uscourts.gov**   ALL additional settlement material (*i.e.* deposition transcripts,  documents) shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read. Any   additional material shall be delivered  to the Office of the  Clerk of the Court  in  an envelope marked  "PERSONAL PER MAGISTRATE JUDGE SHAFFER'S INSTRUCTIONS"

**FINAL  PRETRIAL CONFERENCE**   is set: **June 11, 2007 at 11:00 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference**
(See the court's website for Instructions for Preparation and Submission)

!        Scheduling Order is signed and entered with interlineations.

Microsoft's Motion to Strike Affirmative Defense of Copyright Misuse dated August 24, 2006 (doc. 19) shall be held in abeyance. Mr. Tanner shall advise the Court by October 16, 2006 whether he wishes to withdraw or supplement the motion

**ORDERED:   Defendant shall file an amended answer regarding the affirmative defenses on or before October 12, 2006.**

HEARING CONCLUDED.
**Court in recess: 10:55 a.m.**
Total In-Court Time:     00:43