IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01365-PSF-CBS

MICROSOFT CORPORATION,
a Washington corporation,

    Plaintiff,

v.

MICROCOMP SOLUTION, INC.,
a Colorado corporation;
CHU H. SON,
an individual; and
CHU Y. SON,
an individual,

    Defendants,

and

BRETT WHITING, d/b/a cpunorthwest,

    Cross-Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED the Unopposed Motion for Protective Order (*doc. no. 35)* is **GRANTED**.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    October 20, 2006