IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01365-PSF-CBS

MICROSOFT CORPORATION,
a Washington corporation,

    Plaintiff,

v.

MICROCOMP SOLUTION, INC.,
a Colorado corporation;
CHU H. SON,
an individual; and
CHU Y. SON,
an individual,

    Defendants,

and

BRETT WHITING, d/b/a cpunorthwest,

    Cross-Defendant.

### **MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Partially Stipulated Motion to Stay Pending Consummation of Settlement (*doc. no. 48)* is **GRANTED**.

**DATED:**    December 26, 2006