IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01365-PSF-CBS

MICROSOFT CORPORATION,
a Washington corporation,

    Plaintiff,

v.

MICROCOMP SOLUTION, INC., a Colorado corporation,
CHU H. SON, an individual, and
CHU Y. SON, an individual

    Defendants,

v.

Brett Whiting, d/b/a cpunorthwest,

    Cross-Defendant.

## PERMANENT INJUNCTION

Upon the parties' Stipulated Motion for Dismissal With Prejudice Upon Entry of Permanent Injunction (Dkt. # 58), good cause appearing therefore and the Court having been sufficiently advised in the premises, IT IS ORDERED that Microcomp Solution, Inc., a Colorado corporation, Chu H. Son, an individual, and Chu Y. Son, an individual, (collectively, "Defendants"), along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA"), certificates of authenticity ("COA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

(1) 1,200,236 ("MICROSOFT");

(2) 1,256,083 ("MICROSOFT");

(3) 1,475,795 ("POWERPOINT");

(4) 1,741,086 ("MICROSOFT ACCESS"); and

(5) 2,188,125 ("OUTLOOK");

or the software programs, components, items or things protected by the following Certificate of Copyright Registration Nos.:

(1) TX 5-837-617 ("Office Professional 2003");

(2) TX 5-837-636 ("Office Excel 2003");

(3) TX 5-900-087 ("Office Outlook 2003");

(4) TX 5-852-649 ("Office PowerPoint 2003");

(5) TX 5-837-618 ("Publisher 2003");

(6) TX 5-900-088 ("Office Word 2003"); and

(7) TX 5-877-513 ("Business Contact Manager for Outlook 2003");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or

displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) engaging in any other activity constituting an illegal distribution of any software, component, EULA, COA, item, or thing, and/or infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and

    (g)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

DATED: February 20, 20007.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge