IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01365-PSF-CBS

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

        v.

MICROCOMP SOLUTIONS, INC., a Colorado corporation,
CHU H. SON, an individual, and
CHU Y. SON, an individual,

    Defendants,

    v.

BRETT WHITING, d/b/a cpunorthwest,

    Cross-Defendant.

## ORDER OF DISMISSAL

Upon review of the Stipulated Motion for Dismissal With Prejudice Upon Entry of Permanent Injunction (Dkt. # 59), and being sufficiently advised in the premises, the Court hereby ORDERS that this matter is DISMISSED WITH PREJUDICE, each party to pay its own costs and fees. This Court shall retain jurisdiction to enforce the contemporaneously entered Permanent Injunction, if necessary.

DATED: February 20, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge